MARY ALLAN ELWOOD, APPELLANT, v. VIVIAN B. SMITH, RESPONDENT.

Submitted May 26, 1928—Decided October 15, 1928.

For the appellant, *Henry W. Lewis.*

For the respondent, *William H. Smathers.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Parker in the Supreme Court.

*For affirmance*—THE CHIEF JUSTICE, TRENCHARD, KALISCH, BLACK, KATZENBACH, LLOYD, WHITE, VAN BUSKIRK, MCGLENNON, KAYS, HETFIELD, DEAR, JJ. 12.

*For reversal*—None.